**Order entered December 10, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-01478-CV

### SANDRA I. CORREA, Appellant

### V.

### ESTHER SALAS, Appellee

**On Appeal from the 429th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 429-04223-2011**

## ORDER

On our own motion, we **ORDER** Shawn R. Gant, Official Court Reporter of the 429th Judicial District Court, to file a supplemental reporter's record containing a copy of Plaintiff's Exhibit No. 1 and Exhibit No. 1-A, admitted at the July 22, 2013 "Prove-Up Default Judgment" hearing, no later than ten days from the date of this order.

We **DIRECT** the Clerk of the Court to send a copy of this order to the Honorable Jill Willis, Presiding Judge of the 429th Judicial District Court; Shawn R. Gant; and all parties to this case.

/s/     DOUGLAS S. LANG
         JUSTICE